JON M. SANDS
Federal Public Defender
WALTER I. GONÇALVES, JR.
Arizona Bar No. 023659
LEO MASURSKY
Arizona Bar No. 018492
Assistant Federal Public Defenders
407 W. Congress St., Suite 501
Tucson, AZ  85701
(520) 879-7500  voice
walter_goncalves@fd.org
leo_Masursky@fd.org
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 4:25-cr-00190-AMM-EJM |
| Plaintiff, | **Motion to Continue Trial and Plea Deadline** |
| vs. | (Fifth Request) |
| Baron Cain Martin, | (Unopposed) |
| Defendant. | |

It is expected that excludable delay under 18 U.S.C. §3161(h)(7)(A) and (B) (iv) will occur because of this motion or an order based thereon.

Defendant, Martin Cain Baron, through counsel, requests a 90-day continuance of the plea deadline set for June 19, 2026 and the trial date of June 30, 2026.  The parties request that a scheduling order not issue at this time as continuing work to prepare the case for trial is ongoing. The Court has designated the matter as complex. *See* Amended Order, ECF No. 64.

The undersigned requests a continuance based on the following reasons:

1. Undersigned counsel needs additional time to prepare this matter for trial or to reach a non-trial disposition agreement with the government.

2. The ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial, and denial of this request

1

to continue will result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A), (B)(i).

3.  Assistant United States Attorneys Liza Granoff and Kevin Schiff have been contacted and do not oppose this request.

Respectfully submitted this 19th of May 2026.

JON M. SANDS
Federal Public Defender

/s/ Walter I. Gonçalves, Jr.
WALTER I. GONÇALVES, JR.
Assistant Federal Public Defender

/s/ Leo Masurky
LEO MASURSKY
Assistant Federal Public Defender

2